FILED BY _____ D.C.

05 JUN 14 AM 8: 11

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                       CR. NO. 04-20501-D

ANTONIO STACKER

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
### AND <u>SETTING</u>

---

This cause came on for a bond reduction hearing on May 13, 2005. At that time, counsel for the defendant  requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case and announced that they would be ready for trial the second week of July, 2005.

The Court granted the request and reset the trial date to the criminal rotation trial docket beginning **Monday, July 11,  2005, at 9:00 a.m.**, with no further report dates.

The period from June 17, 2005  through July 15, 2005  is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this _10th_ day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20501 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT