IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___mw___ D.C.

05 JUN 22 PM 3:36

~~ROBERT R. DI TROLIO~~
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.

**ANTONIO STACKER**

04-20501-D

## ORDER ON ARRAIGNMENT
### Superseding Indictment

This cause came to be heard on _June 22, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _A. Hoode for: R. Alden_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_✓_ The defendant, who is not in custody, may stand on his present bond.
____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g);

U. S. Attorney assigned to Case: K. Earley

Age:

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CR-20501 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT