FILED BY /s/ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

2005 JUN 28  PM 3: 29

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANTONIO STACKER,

      Defendant.

     *
     *
     *    Criminal No.  04-20501-D
     *
     *
     *

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN. MEMPHIS

05 JUN 30  PM 3: 56

FILED BY ____ D.C.

## MOTION TO CONTINUE

Comes now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, Katrina U. Earley, and would respectfully move this Honorable Court to continue the trial in this matter from the current date of Monday, July 11-15, 2005.  In support of this motion, the Government states the following:

1.     A material witness in this case, Sgt. Robin Hulley, will be unavailable during the July trial rotation.

2.     In accordance with local rules, the undersigned has conferred with Randolph Alden, Attorney for the Defendant, who has no objection to a continuance in this matter.

Based on the foregoing, the United States respectfully moves this Honorable Court to continue the trial in this matter.

**MOTION GRANTED**

DATE: 6-30-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___7-1-05___

39

Respectfully submitted,

TERRELL L. HARRIS

United States Attorney

By:

Katrina U. Earley
Assistant United States Attorney
167 No. Main, Suite 800
Memphis, TN 38103
(901) 544-6742
(BPR# 019367)

## CERTIFICATE OF SERVICE

I, Katrina U. Earley, Assistant United States Attorney for the Western District of Tennessee,

hereby certify that a true and exact copy of the foregoing MOTION  has been mailed to  to Mr.

Randolph Alden,  Attorney for the defendant, 200 Jefferson, Suite 200, Memphis, Tennessee 38103.

This 28th  day of June, 2005.

Katrina U. Earley
Assistant United States Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20501 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT