UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31  PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONIO STACKER,<br><br>    Defendant. | Cr. No. 04-20501-D |

### ORDER GRANTING DEFENDANT'S
### MOTION TO CONTINUE TRIAL

For good cause shown, and without objection from the government, the trial in this matter currently set for Wednesday, September 7, 2005 is hereby **CONTINUED** to the next trial rotation docket, or until _October rotation docket_, 2005.

It is so **ORDERED**, this the _31_ day of _August_, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20501 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT